## STATEMENT OF FACTS

On February 11, 2014, members of the Metropolitan Police Department's, Narcotics Special Investigations Division's, Gun Recovery Unit were on patrol in the 100 block of Yuma Street, S.E., Washington, D.C. The defendant observed the officers drive into the area and quickly walked across the street into a back yard of a house on the street. The officers observed the defendant bend down by the left rear wheel of a truck that was parked in the yard. The defendant then stood back up and walked toward the officers. The officers had the defendant sit on the curb by the street and saw the defendant remove a one ounce glass vial from his pocket and place it on the ground. The vial was recovered by the officers and found to contain one quarter of an ounce of a liquid that had an odor consistent with PCP and cigarette flakes. The officers also recovered a plastic bottle that contained 8 ounces of a liquid that had an odor consistent with PCP by the left wheel of the truck where they had seen the defendant bend down. The defendant was placed under arrest and was found to be wearing a pair of latex gloves under the mittens that he was wearing. The approximate amount of PCP recovered indicated that the PCP was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER KONRAD OLSZAK
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF February, 2014.

_____
U.S. MAGISTRATE JUDGE